STATE OF NEW JERSEY v. WILLIAM PRIOLEAU.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND P. TANGO, JR.

May 24, 1988.

Petition for certification denied.

S.M. GADEKAR v. JAMES P. TAITSMAN, M.D.

May 24, 1988.

Petition for certification denied.

STASIA KAMIENSKI v. EDWARD KAMIENSKI.

May 24, 1988.

Petition for certification denied.

RACHEL PERUTZ v. STATE OF NEW JERSEY, DEPARTMENT OF HUMAN SERVICES.

May 24, 1988.

Petition for certification denied.